UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT LAMANNA

Plaintiff,

Case No.: 1:26-cv-9230

v.

I.C. SYSTEM, INC.

Defendant.

**DEFENDANT I.C. SYSTEM, INC.'S NOTICE OF REMOVAL**

Defendant I.C. System, Inc. ("Defendant"), by filing this Notice of Removal and related papers, hereby removes this above-captioned action from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

1. On September 1, 2026, Plaintiff Vincent Lamanna ("Plaintiff") filed a Complaint in the New York County Supreme Court, State of New York, bearing the Index No. 655044/2026 (the "State Court Action"). A copy of Plaintiff's Complaint is attached hereto as **Exhibit A**.

2. On September 22, 2026, Defendant's counsel accepted service via email.

3. Defendant seeks to remove the state court action pursuant to 28 U.S.C. § 1441(a), which provides:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

5. Plaintiff's Complaint alleges, *inter alia*, that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA"). *See* Ex. A.

6. Therefore, this Court has subject matter jurisdiction over the allegations contained within Plaintiff's Complaint, pursuant to 28 U.S.C. § 1331.

7. Accordingly, Defendant is entitled to remove the New York County state action to this Court in accordance with 28 U.S.C. 1441(a) because (1) this is a civil action pending within the jurisdiction of the United States District Court for the Southern District of New York; and (2) Plaintiff alleges violations of the FDCPA, which falls within this Court's original jurisdiction.

8. Furthermore, this Notice of Removal is being filed within thirty (30) days after Defendant's receipt of the Complaint, and therefore, is timely pursuant to 28 U.S.C. 1446(b)(1).

9. New York County lies within the Southern District of New York, and therefore, venue is proper.

10. A civil cover sheet is attached hereto as **Exhibit B**.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant is contemporaneously filing a copy of this Notice of Removal with the New York County Supreme Court, State of New York, in addition to serving a copy on Plaintiff's counsel. Defendant's service of a copy of this Notice of Removal upon Plaintiff's counsel constitutes proper notice of this removal.

12. Consequently, Defendant reserves its right to amend or supplement this Notice of Removal and further reserves its right to raise all defenses and/or objections.

WHEREFORE, Defendant I.C. System, Inc. respectfully prays that the above-captioned action now pending in the New York County Supreme Court, State of New York, be hereby removed from the above-referenced state court to the United States District Court for the Southern District of New York.

Dated: October 21, 2026

**LIPPES MATHIAS LLP**

s/ Brendan H. Little
Brendan H. Little, Esq.
Attorney for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com